UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BRISTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KALAMA BEACH CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

05 - 11459 DPW

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendants make the following disclosures:

1.　　Defendant Kalama Beach Corporation ("Kalama Beach") states that it has no parent corporation and further states that no publicly held company owns ten percent or more of its stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KALAMA BEACH CORPORATION
　　　　　　　　　　　　　　　　　　　By its Attorney,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lynn A. Kappelman, (BBO # 642017)
　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　World Trade Center East
　　　　　　　　　　　　　　　　　　　Two Seaport Lane, Suite 300
　　　　　　　　　　　　　　　　　　　Boston, MA 02210-2028
　　　　　　　　　　　　　　　　　　　Telephone:　(617) 946-4800
　　　　　　　　　　　　　　　　　　　Telecopier:　(617) 946-4801

Dated: July 11, 2005

BO1 15724863.1

## CERTIFICATE OF SERVICE

I, Lynn A. Kappelman, hereby certify that on this 11th day of July, 2005, a true copy of the foregoing document was mailed, postage prepaid, to David Belfort, Esq., Corrigan Bennett & Belfort, P.C., One Kendall Square, Building 300, 2nd Floor, Cambridge, Massachusetts 02139, Counsel for Plaintiffs.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman

BO1 15724863.1