UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BRISTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 05-11459 DPW |
| ) | |
| KALAMA BEACH CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF FILING NOTICE OF REMOVAL
WITH CLERK OF SUFFOLK COUNTY SUPERIOR COURT**

I, Lynn Kappelman, counsel for Kalama Beach Corporation ("Kalama Beach"), defendant in the above-captioned action, hereby certify that I caused a copy of the Notice of Removal of the above-captioned action to be filed on July 11, 2005 with the Clerk of the Suffolk County Superior Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

I further certify that I gave written notice of the filing of said Notice to all adverse parties by causing to be sent, by first class mail, a copy of the Notice of Filing of Notice of Removal and the Notice of Removal on July 11, 2005 to David Belfort, Esq., Plaintiff's counsel of record.

Signed under the pains and penalties of perjury this 11th day of July, 2005.

Lynn Kappelman (BBO # 642017)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

BO1 15724850.1 / 38336-000002