UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBIN BRISTER, <br><br> Plaintiff, <br><br> vs. <br><br> KALAMA BEACH CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-11459 <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2(A) of the Local Rules of Civil Procedure, Defendant Kalama Beach Corporation ("Kalama Beach") hereby makes the following initial disclosures to Plaintiff Robin Brister ("Plaintiff"):

A. <u>Individuals Likely to Have Relevant Discoverable Information Supporting Kalama Beach's Claims or Defenses</u>

Kalama Beach states that the following individuals are likely to have discoverable information that Kalama Beach may use to support its claims or defenses, unless solely for impeachment. Kalama Beach's employees may be contacted "care of" counsel for Kalama Beach:

| **NAME** | **ADDRESS** |
|---|---|
| Robin Brister | 53 Crest Avenue <br> Apartment 1 <br> Winthrop, MA 02152 |
| Lori Hoppe | 7540 Eagle Point Drive <br> Del Ray Beach, FL 33446-000 |
| Renee Qualter | 50 Boatswains Way <br> Chelsea, MA 02150 |

BO1 15728301.1

| | |
|---|---|
| Harvey Durand | 1100 So. Catalina Avenue<br>Redondo Beach, CA 90277 |
| Jeanette Oberhaus | 5336 Appian Way<br>Long Beach, CA 90803 |
| Dee Gunther | 3233 W Moondance Way<br>Tucson, AZ 85741 |

Some of the above listed individuals are currently employed with Kalama Beach. Plaintiff's counsel or her agents are reminded that they may contact current Kalama Beach employees through counsel for Kalama Beach only.

B.  Documents Kalama Beach May Use to Support Its Claims or Defenses in This Action

Kalama Beach herein describes documents it may use to support its claims or defenses, excepting those documents subject to the attorney/client privilege, the doctrine of work product, or other applicable privileges, or those documents it may use solely for impeachment.

1. Rachel Brister's Personnel File;
2. Application For Employment dated 8/15/00;
3. Employee Verification Form dated 8/21/00
4. Acknowledgment Form Associate Handbook And Company Policies dated 8/21/00;
5. Acknowledgment Forms dated 8/21/00;
6. Kalama Beach's Appearance Standards;
7. Job Description For Assistant Manager Position;
8. Job Description For Store Manager Position;
9. Notice Of Personnel Action signed by Harvey Durand dated 5/15/02;
10. Notice Of Personnel Action signed by Harvey Durand dated 4/3/03;
11. Memorandum from Carleen Choo to Harvey Durand dated 9/12/03;

2

12. Letters from Dr. Steven J. Dakoyannis, MD regarding Robin Brister dated 8/29/02, 9/30/02, 10/7/02 and 10/11/02;

13. Associate Counseling Form dated 1-9-03;

14. Time off report of Robin Brister;

15. Associate Counseling Form dated 3/11/03;

16. Memorandum From Harvey Durand To Lori Hoppe dated 3/5/03;

17. Notes of Lori Hoppe dated 3/29/03;

18. Memorandum From Jeanette Oberhaus dated 9/16/03;

19. Facsimile from Dee Gunther dated 9/18/03;

20. Letter from Renee Qualter dated 9/29/03;

21. Massachusetts Commission Against Discrimination Complaint dated 7/29/03;

22. Massachusetts Commission Against Discrimination Maternity Leave Fact Sheet.

C.  Computation of Damages

Kalama Beach denies that Plaintiff is entitled to any damages under any claims contained in her Complaint. At this time, Kalama Beach does not allege any of its own damages. However, it reserves the right to supplement or modify this response to the extent that discovery discloses damage to Kalama Beach, and to assert any applicable claim for costs and fees.

D.  Disclosure of Relevant Insurance Agreements

The Defendant does not have our insurance policy which would provide coverage for any judgment which may arise in this case.

E.  Reservation of Rights

The foregoing disclosures are based on information currently available to Kalama Beach. Kalama Beach specifically reserves the right to supplement these initial disclosures to the extent that additional relevant information supporting its claims or defenses becomes available.

KALAMA BEACH CORPORATION

By its Attorney,

_____
Lynn Kappelman (BBO # 642017)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

DATED: August 2, 2005

## CERTIFICATE OF SERVICE

I, Lynn A. Kappelman, hereby certify that on this 2nd day of August, 2005, a true copy of the foregoing document was served by first-class United States mail on David E. Belfort, Esq., Corrigan Bennett & Belfort, P.C., One Kendall Square, Building 300, 2nd Floor, Cambridge, MA 02139, Attorney for Plaintiff.

Lynn A. Kappelman