# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BRISTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KALAMA BEACH CORPORATION, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11459-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Barry J. Miller, Esq. as counsel for Defendant, Kalama Beach Corporation, in connection with the above-captioned matter.

        Respectfully submitted,

        KALAMA BEACH CORPORATION
        By its attorneys,

        /s/ Barry J. Miller
        Lynn A. Kappelman, B.B.O. No. 642017
        Barry J. Miller, B.B.O. No. 661596
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        Telephone: (617) 946-4800
        Telecopier: (617) 946-4801

DATED: August 4 , 2005

2

**CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that on August 4, 2005, a copy of the foregoing document was sent via first class mail, postage prepaid to David E. Belfort, Corrigan, Bennett & Belfort, P.C., One Kendall Square, Building 200, 2nd Floor, Cambridge, MA  02139.

                                        /s/ Barry J. Miller
                                  Barry J. Miller, Esq.

BO1 15729674.1 / 38336-000002