UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBIN BRISTER,**<br>    Plaintiff<br><br>v.<br><br>**KALAMA BEACH CORPORATION,**<br>    **Defendant.** | )<br>)<br>)  **CIVIL ACTION NO. 05-11459**<br>)<br>)<br>)<br>) |

## PLAINTIFFS CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

    Pursuant to L.R. Mass. 16.1(d)(3) Plaintiff, Robin Brister, and her attorney, listed below, certifies that Plaintiff and counsel have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternate courses – of litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                          Respectfully submitted,

Dated: August 10, 2005            */s/ Robin Brister*
                                          Robin Brister, Plaintiff


Dated: August 11, 2005            */s/ David E. Belfort*
                                          David E. Belfort
                                          BBO# 634385
                                          Corrigan, Bennett & Belfort, P.C.
                                          One Kendall Square
                                          Bldg. 300, 2nd Floor
                                          Cambridge, MA 02139
                                          Tel.: (617) 577-8800