UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BRISTER,<br><br>           Plaintiff,<br><br>vs.<br><br>KALAMA BEACH CORPORATION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11459-DPW<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Kalama Beach Corporation ("Kalama Beach") hereby submits this Certification Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts.

Defendant and Defendant's counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

KALAMA BEACH CORPORATION,

_/s/ Harvey Durand_
Harvey Durand

Dated: August 19, 2005

SEYFARTH SHAW LLP

_/s/_
Lynn A. Kappelman (BBO # 642017)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:  (617) 946-4801

## CERTIFICATE OF SERVICE

I, Lynn A. Kappelman, hereby certify that on this 18th day of August, 2005, a true copy of the foregoing document was mailed, postage prepaid, to counsel for Plaintiff's counsel, David E. Belfort, Corrigan, Bennett & Belfort, P.C., One Kendall Square, Building 200, 2nd Floor, Cambridge, MA  02139.

_____
Lynn A. Kappelman

BO1 15732296.1