UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BRISTER,<br>    Plaintiff<br><br>v.<br><br>KALAMA BEACH CORPORATION,<br>    Defendant. | CIVIL ACTION NO. 05-11459 |

### STIPULATION OF DISMISSAL

NOW come all interested parties to the above-captioned litigation, by and through their respective attorneys, and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate and agree to the dismissal of this action, including any and all claims, counterclaims, trustee process claims, reach and apply claims, third-party claims and cross-claims, <u>with prejudice</u> and without costs or attorney's fees.

|  |  |
|---|---|
| Dated: October 25th, 2005 | Respectfully Submitted,<br>**Plaintiff,**<br>ROBIN BRISTER<br>By her attorney,<br><br>*/s/ David E. Belfort*<br>David E. Belfort, Esquire<br>BBO# 634385<br>Corrigan, Bennett & Belfort, P.C.<br>One Kendall Square<br>Building 300, 2nd Floor<br>Cambridge, MA 02139<br>Tel: (617) 577-8800 |
| Dated: October 28, 2005 | Respectfully Submitted,<br>**Defendant,**<br>KALAMA BEACH CORPORATION,<br>By its attorney,<br><br>*/s/ Lynn Kappelman*<br>Lynn Kappelman, Esquire<br>Seyfarth Shaw, LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028 |